IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:21-CV-47-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ARMSTRONG WORLD INDUSTRIES, INC. (ON BEHALF OF ARMSTRONG WOOD PRODUCTS, INC.), VIACOMCBS, ANDTCOM, L.P., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on the United States of America's motion to seal Exhibit D.E. 3-5 Exhibit 2-EPA Interim Record of Decision-Part 3 of 3 attached to Notice of Lodging [D.E. 3], and to file a corrected Exhibit D.E. 3-5 Exhibit 2-EPA Interim Record of Decision-Part 3 of 3.

For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the government's Exhibit D.E. 3-5 Exhibit 2-EPA Interim Record of Decision-Part 3 of 3 attached to Notice of Lodging [D.E. 3]. The United States is DIRECTED to file its corrected Exhibit D.E. 3-5 Exhibit 2-EPA Interim Record of Decision-Part 3 of 3.

SO ORDERED this 16 day of December, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge

1