UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-cv-00047-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMSTRONG WORLD INDUSTRIES, INC. (on behalf of ARMSTRONG WOOD PRODUCTS, INC.), PARAMOUNT GLOBAL (formerly known as VIACOMCBS, INC.), and TCOM L.P.,<br><br>Defendants. | **ORDER STAYING PROCEEDINGS** |

This Court having entered a Partial Consent Decree, at ECF No. 12, having read and considered the Parties' Joint Motion for Entry of an Order Staying Proceedings, at ECF No. 15, and for good cause appearing:

IT IS HEREBY ORDERED:

1. All deadlines affecting timely prosecution of this case are hereby tolled. The substantive rights in this case are not affected by this Order.

2. The Court and the Parties do not anticipate further filings in this case unless and until:

1

a. Final settlement, memorialized in one or more consent decrees, is reached regarding Defendants' performance of a remedy selected in a future Record of Decision, and payment of any associated response costs. In this event, the Parties will submit additional filings in this case for the limited purpose of lodging and entering consent decrees for the performance of that remedy and payment of those costs; or

b. Any of the following situations arises, in which case one or more Parties may submit additional filings in this case:

   i. To obtain a determination concerning any Party's liability, in the event that the Parties cannot reach agreement on the implementation of a remedy selected in the future by EPA for the Site;

   ii. To secure further work, if further work that is not covered by the Partial Consent Decree in this case is needed at any portion of the Site;

   iii. To exercise a reservation of rights or reopener provision pursuant to the Partial Consent Decree; and/or

   iv. To request a ruling pursuant to the Court's retained jurisdiction under the Partial Consent Decree in this case.

_____
LOUISE W. FLANAGAN
United States District Judge